## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jesus Torivio-Arias,<br>      Petitioner<br><br>V.<br><br>United States of America,<br>      Respondent | CIVIL ACTION<br><br>NO.   05-10417 |

## ORDER OF DISMISSAL
## 5/8/05

**Gorton, D. J.**

In accordance with the Memorandum and Order entered on      5/14/07    , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

| Approved: | By the Court, |
|---|---|
| /s/ Nathaniel M. Gorton<br>**United States District Judge** | /s/ Craig J. Nicewicz<br>**Deputy Clerk** |

(Dismendo.ord - 09/92)                                                                                           [odism.]